**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-6769**

───────────────

PATRICE MUNSELLE CARTER,

                            Plaintiff - Appellant,

         versus

FLUVANNA CORRECTIONAL CENTER FOR WOMEN;
PATRICIA HUFFMAN, Warden; FLUVANNA MEDICAL
DEPARTMENT, Health Services; FRED SCHILLING;
FAYE GARNETT; ANTHONY LYNCH, Director of
Nurses,

                            Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-03-286-7)

───────────────

Submitted:  August 28, 2003        Decided:  September 8, 2003

───────────────

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Patrice Munselle Carter, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patrice Munselle Carter appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Carter v. Fluvanna Corr. Ctr. for Women, No. CA-03-286-7 (W.D. Va. Apr. 28, 2003). We deny the motion for appointment of appellate counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED